Jason A. Geller (CA SBN 168149)
   E-Mail: jgeller@fisherphillips.com
Juan C. Araneda (CA SBN 213041)
   E-Mail: jaraneda@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, CA 94104
Tel: (415) 490-9000
Fax: (415) 490-9001

Attorneys for Defendants
WAL-MART ASSOCIATES, INC., and
WALMART INC. (f/k/a Wal-Mart Stores, Inc.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI MONTOYA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation; WAL-MART STORES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | CASE NO.:<br><br>*[Removed from Tulare County Superior Court, Case No. VCU324208]*<br><br>**DECLARATION OF JUAN C. ARANEDA IN SUPPORT OF DEFENDANTS WAL-MART ASSOCIATES, INC. AND WALMART INC.'S NOTICE AND PETITION OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332(a), 1441, AND 1446**<br><br>Complaint Filed: August 4, 2025<br>Trial Date:　　　Not set |

**DECLARATION OF JUAN C. ARANEDA**

I, Juan C. Araneda, declare as follows:

1. I am one of the attorneys representing Defendants Walmart Inc.[1] and Wal-Mart Associates, Inc., in the above-captioned matter. I am duly licensed to practice law in the State of California and before the United States District Court for the Eastern District of California. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could competently testify to these facts.

2. Attached hereto as Exhibit A is a true and correct copy of a printout of the California Secretary of State's online records, which is a Statement of Information filed with the Secretary of State on September 24, 2024, evidencing that Wal-Mart Associates, Inc., is a Delaware corporation, with its principal place of business at 702 S.W. 8th Street, Bentonville, Arkansas 72716. Undersigned counsel is informed and believes, and Exhibit A reflects, that at the time the Complaint in this action was filed and at the time of the filing of the instant notice of removal, the principal executive offices and corporate headquarters for Wal-Mart Associates, Inc., were and are located in Bentonville, Arkansas and that the management of its operations and finances is performed in Arkansas.

3. Attached hereto as Exhibit B is a true and correct copy of a printout of the California Secretary of State's online records, which is a Statement of Information filed with the Secretary of State on June 4, 2025, evidencing that Walmart Inc., is a Delaware corporation, with its principal place of business at 1 Customer Dr., Bentonville, Arkansas 72716. Undersigned counsel is informed and believes, and Exhibit B reflects, that at the time the Complaint in this action was filed and at the time of the filing of the instant notice of removal, the principal executive offices and corporate headquarters for Walmart Inc., were and are located in Bentonville, Arkansas and that the management of its operations and finances is performed in Arkansas.

4. Attached hereto as Exhibit C is a true and correct copy of the Service of Process Transmittal from CT Corporation to Kim Lundy of Walmart Inc., in Bentonville, Arkansas, notifying that the Summons and Complaint herein was served upon the agent for service of process in California,

---

[1] Wal-Mart Stores, Inc., changed its name to Walmart Inc., effective February 1, 2018.

1  CT Corporation, of Walmart Inc., and Wal-Mart Associates, Inc., on August 4, 2025

2       I declare under penalty of perjury under the laws of the State of California and the United States

3  of America that the foregoing is true and correct.  Executed on September 2, 2025, at San Francisco,

4  California.

              _____
              Juan C. Araneda

# Exhibit A






**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20241704253 |
| Date Filed: 9/24/2024 |

### Entity Details

| | |
|---|---|
| Corporation Name | WAL-MART ASSOCIATES, INC. |
| Entity No. | 1990849 |
| Formed In | DELAWARE |

**Street Address of Principal Office of Corporation**

| | |
|---|---|
| Principal Address | 702 SW 8TH STREET, BENTONVILLE, AR 72716 |

**Mailing Address of Corporation**

| | |
|---|---|
| Mailing Address | 702 SW 8TH STREET, BENTONVILLE, AR 72716 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
|---|---|
| Street Address of California Office | None |

### Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Harley Jarvis | 702 SW 8TH STREET, Bentonville, AR 72716 | Secretary |
| Sushanta Das | 702 SW 8TH STREET, BENTONVILLE, AR 72716 | Chief Executive Officer |
| Matthew Allen | 702 SW 8TH STREET, Bentonville, AR 72716 | Chief Financial Officer |

### Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| Emma Waddell | 702 SW 8TH STREET, BENTONVILLE, AR 72716 | Other | Senior Vice President |
| Gordon Y. Allison | 702 SW 8TH STREET, BENTONVILLE, AR 72716 | Other | Senior Vice President |
| Jessica Rancher | 702 SW 8TH STREET, BENTONVILLE, AR 72716 | Vice President | |
| Matthew Allen | 702 SW 8TH STREET, BENTONVILLE, AR 72716 | Other | Assistant Treasurer & Vice President |
| Geoffrey Edwards | 702 SW 8TH STREET, BENTONVILLE, AR 72716 | Assistant Secretary | |
| Sarah Little | 702 SW 8TH STREET, BENTONVILLE, AR 72716 | Assistant Secretary | Assistant Secretary |

### Directors

| Director Name | Director Address |
|---|---|
| None Entered | |

The number of vacancies on Board of Directors is: 0

B3064-3184 09/24/2024 10:57 AM Received by California Secretary of State

| | |
|---|---|
| Agent for Service of Process | |
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |
| Type of Business | |
| Type of Business | Business Services |
| Email Notifications | |
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |
| Labor Judgment | |
| No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. | |
| Electronic Signature | |
| ☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign. | |
| *Kelly Lettmann*<br>Signature | *09/24/2024*<br>Date |

# Exhibit B



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

**For Office Use Only**
**-FILED-**
File No.: BA20251225635
Date Filed: 6/4/2025

| Entity Details | |
|---|---|
| Corporation Name | WALMART INC. |
| Entity No. | 1634374 |
| Formed In | DELAWARE |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 1 CUSTOMER DR<br>BENTONVILLE, AR 72716 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 1 CUSTOMER DR<br>BENTONVILLE, AR 72716 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | None |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| JOHN DAVID RAINEY | 1 CUSTOMER DR BENTONVILLE, AR 72716 | Chief Financial Officer |
| C DOUGLAS MCMILLON | 1 CUSTOMER DR BENTONVILLE, AR 72716 | Chief Executive Officer |
| RACHEL BRAND | 1 CUSTOMER DR BENTONVILLE, AR 72716 | Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| Emma Waddell | 1 CUSTOMER DR BENTONVILLE, AR 72716 | Other | Senior Vice President |
| C. Douglas McMillon | 1 CUSTOMER DR BENTONVILLE, AR 72716 | Other | President |
| Michael Cook | 1 CUSTOMER DR BENTONVILLE, AR 72716 | Other | Senior Vice President & Assistant Treasurer |
| JOHN DAVID RAINEY | 1 CUSTOMER DR BENTONVILLE, AR 72716 | Other | EVP/CFO |
| Spencer Wirthlin | 1 CUSTOMER DR BENTONVILLE, AR 72716 | Vice President | |
| GORDON Y ALLISON | 1 CUSTOMER DR BENTONVILLE, AR 72716 | Other | SENIOR VICE PRESIDENT & Assistant Secretary |

| | | | |
|---|---|---|---|
| ☐ MATTHEW ALLEN | 1 CUSTOMER DR BENTONVILLE, AR 72716 | Other | Vice President & Assistant Treasurer |
| ☐ SARAH LITTLE | 1 CUSTOMER DR BENTONVILLE, AR 72716 | Assistant Secretary | |
| ☐ GEOFFREY EDWARDS | 1 CUSTOMER DR BENTONVILLE, AR 72716 | Assistant Secretary | |
| ☐ RACHEL BRAND | 1 CUSTOMER DR BENTONVILLE, AR 72716 | Other | EVP |

**Directors**

| Director Name | Director Address |
|---|---|
| None Entered | |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

California Registered Corporate Agent (1505)          C T CORPORATION SYSTEM
                                                     Registered Corporate 1505 Agent

**Type of Business**

Type of Business                                     RETAIL SALES

**Email Notifications**

Opt-in Email Notifications                           Yes, I opt-in to receive entity notifications via email.

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Kelly Lettmann*                                     *06/04/2025*
Signature                                            Date

B3745-3855 06/04/2025 7:13 AM Received by California Secretary of State

Page 2 of 2

# Exhibit C

**Wolters Kluwer**

CT Corporation
Service of Process Notification
08/04/2025
CT Log Number 549766767

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | KIM LUNDY- EMAIL<br>Walmart Inc.<br>GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200<br>BENTONVILLE, AR 72712-3148 |
| **RE:** | Process Served in California |
| **FOR:** | Wal-Mart Associates, Inc.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: MONTOYA DIMITRI, an individual // To: Wal-Mart Associates, Inc. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Demand, Exhibit(s), Civil Case Cover Sheet, Request, Attachment(s) |
| **COURT/AGENCY:** | Tulare County - Superior Court, CA<br>Case # VCU324208 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - 07/27/2023 |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/04/2025 at 09:30 |
| **JURISDICTION SERVED:** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Michael J. Jaurigue<br>Jaurigue Law Group<br>300 W. Glenoaks Blvd., Suite 300<br>Glendale, CA 91202<br>818-630-7280 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/04/2025, Expected Purge Date: 08/14/2025<br><br>Image SOP<br><br>Email Notification,  Grymarys De Jesus  grymarys.dejesus@walmart.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the

Wolters Kluwer

CT Corporation
Service of Process Notification
08/04/2025
CT Log Number 549766767

included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of 2